| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No., and Email Address: | FOR COURT USE ONLY |
|---|---|
| **Donald Iwuchuku, Esq.**<br>**Law Offices of Donald Iwuchuku**<br>**2600 W. Olive Ave., Ste 500**<br>**Burbank, CA 91505**<br>**818.333.5035 Fax: 213.805.8040**<br>**181726 CA**<br>**donaldiwuchuku@gmail.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* **DEBTOR** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    **Marisol V. Perez**<br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:24-bk-11965-VK<br>CHAPTER: 13<br><br>**DECLARATION RE FILING OF TAX RETURNS AND PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS[1] (PRECONFIRMATION)**<br><br>Next Meeting of Creditors<br>Date:  **1/15/2025**     Time:  **9:00 am**<br>Next Confirmation Hearing<br>Date:  **2/11/2025**     Time:  **9:30 am** |
|---|---|

***Instructions:*** *In a joint case, both debtors must answer and sign. This declaration must be filed with the court and served upon the chapter 13 trustee not later than 7 days before the first scheduled §341(a) meeting of creditors. If necessary, further declarations must be filed on or before the date of each hearing on confirmation of the Debtor's plan. Check the appropriate boxes.*

I, **Marisol V. Perez**, *(Debtor's name(s))*, hereby declare:

Tax Returns:

| Debtor | Joint Debtor | |
|---|---|---|
| ☐ | ☐ | I have filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition, as required by 11 U.S.C. §1308. |
| ☐ | ☐ | I have NOT filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition, as required by 11 U.S.C. §1308. I have not filed the following return(s) for the following years[2]. |

   Year        Taxing Authority (federal, state, or local)        Proposed Date for Filing Return
   _____       _____                                  _____
   _____       _____                                  _____

| ☑ | ☐ | I am not required to file federal, state, or local tax returns because: **I retired in 2022 and am only receiving Social Security Income.** |
|---|---|---|

---
[1] The term "domestic support obligation" is defined in 11. U.S.C. §101(14A.)
[2] Attach additional pages as necessary.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                                       **F3015-1.08.DEC.TAX.DSO**

Domestic Support Obligations

| Debtor | Joint Debtor | |
|---|---|---|
| ☑ | ☐ | I do not owe any domestic support obligations. |
| ☐ | ☐ | As of the date of this declaration, I have paid all amounts that are required to be paid under a domestic support obligation that have come due after the date of the filing of the petition. |
| ☐ | ☐ | No domestic support obligations will come due between the date of this declaration and the date set for hearing on confirmation of my plan set forth above. |
| ☐ | ☐ | As of the date of this declaration, I have paid NOT all amounts that are required to be paid under a domestic support obligation that have come due after the date of the filing of the petition. I am delinquent on the following post-filing payments: |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **November 24, 2024** | **Marisol V. Perez** | **(see attached)** |
|---|---|---|
| Date | Debtor's Name | Debtor's Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* **F3015-1.08.DEC.TAX.DSO**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**2600 W. Olive Ave., Ste 500**
**Burbank, CA 91505**

A true and correct copy of the foregoing document entitled (*specify*):   **Declaration Re Filing of Tax Returns and Payment of Domestic Support Obligations (Preconfirmation)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On   **1/10/2025**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Donald E Iwuchuku on behalf of Debtor Marisol V. Perez**
donaldiwuchuku@gmail.com, r60703@notify.bestcase.com

**Elizabeth (SV) F Rojas (TR)**
cacb_ecf_sv@ch13wla.com

**United States Trustee (SV)**
ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On   **1/10/2025**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Marisol Perez**
**7237 Anatola Ave.**
**Van Nuys, CA 91406**

**Erlinda Reyes**
**7237 Anatola Ave.**
**Van Nuys, CA 91406**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/10/2025 | Donald Iwuchuku, Esq. | /s/ Donald Iwuchuku, Esq. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                                                          **F3015-1.08.DEC.TAX.DSO**

## Domestic Support Obligations

| Debtor | Joint Debtor | |
|---|---|---|
| ☑ | ☐ | I do not owe any domestic support obligations. |
| ☐ | ☐ | As of the date of this declaration, I have paid all amounts that are required to be paid under a domestic support obligation that have come due after the date of the filing of the petition. |
| ☐ | ☐ | No domestic support obligations will come due between the date of this declaration and the date set for hearing on confirmation of my plan set forth above. |
| ☐ | ☐ | As of the date of this declaration, I have paid NOT all amounts that are required to be paid under a domestic support obligation that have come due after the date of the filing of the petition. I am delinquent on the following post-filing payments: |

_____

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 24, 2024 | Marisol V. Perez | _(signature)_ |
|---|---|---|
| Date | Debtor's Name | Debtor's Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                                           F3015-1.08.DEC.TAX.DSO

```
Label Matrix for local noticing          Employment Development Dept           Franchise Tax Board
0973-1                                   Bankruptcy Group MIC 92E              Bankruptcy Section MS: A-340
Case 1:24-bk-11965-VK                    P.O. Box 826880                       P.O. Box 2952
Central District of California           Sacramento, CA 94280-0001             Sacramento, CA 95812-2952
San Fernando Valley
Fri Jan 10 22:47:45 PST 2025

(p)OFFICE OF FINANCE  CITY OF LOS ANGELES   San Fernando Valley Division       Barrett Daffin Frappier Tredr Weiss
200 N SPRING ST RM 101 CITY HALL            21041 Burbank Blvd,                20955 Pathfinder Rd.
LOS ANGELES CA 90012-3224                   Woodland Hills, CA 91367-6606      Ste 300
                                                                               Diamond Bar, CA 91765-4029


Capital One                              Capital One                           Capital One
Attn: Bankruptcy                         P.O. Box 30285                        Po Box 31293
Po Box 30285                             Salt Lake City, UT 84130-0285         Salt Lake City, UT 84131-0293
Salt Lake City, UT 84130-0285


Cbe Group                                Cbe Group                             (p)JPMORGAN CHASE BANK  N A
131 Tower Park Drive Suite 100           Attn: Bankruptcy                      BANKRUPTCY MAIL INTAKE TEAM
Waterloo, IA 50701-9374                  Po Box 900                            700 KANSAS LANE FLOOR 01
                                         Waterloo, IA 50704-0900               MONROE LA 71203-4774


Collection Consultants                   Credence Resource Management, LLC     Credence Resource Management, LLC
P.O. Box 29050                           4222 Trinity Mills Suite 260          Attn: Bankruptcy
Glendale, CA 91209-9050                  Dallas, TX 75287-7666                 Po Box 2300
                                                                               Southgate, MI 48195-4300


Curacao                                  Curacao                               Deutsche Bank Trust Company America
1605 W Olympic Bv                        1605 West Olympic Boulevard           Nationstar Mortgage LLC
Los Angeles, CA 90015-3808               Suite 600                             dba Mr. Cooper
                                         Los Angeles, CA 90015-3860            PO Box 619096
                                                                               Dallas, TX 75261-9096


Diversified Consultants, Inc.            Edfinancial Services L                Erlinda Reyes
P.O. Box 551268                          120 N Seven Oaks Drive                7237 Anatola Ave.
Jacksonville, FL 32255-1268              Knoxville, TN 37922-2359              Van Nuys, CA 91406-2301


Jefferson Capital Systems, LLC           Jefferson Capital Systems, LLC        LVNV Funding LLC
200 14th Avenue East                     Attn: Bankruptcy                      c/o Resurgent Capital Services
Sartell, MN 56377-4500                   200 14th Ave E                        P.O. Box 10587
                                         Sartell, MN 56377-4500                Greenville, SC 29603-0587


LVNV Funding, LLC                        (p)IQV SERVICING                      Midland Credit Mgmt
Resurgent Capital Services               PO BOX 465                            320 East Big Beaver
PO Box 10587                             DUBLIN OH 43017-0465                  Troy, MI 48083-1271
Greenville, SC 29603-0587


Midland Credit Mgmt                      Midland Funding LLC                   (p)MISSION LANE LLC
Attn: Bankruptcy                         P.O. Box 2011                         PO BOX 105286
Po Box 939069                            Warren, MI 48090-2011                 ATLANTA GA 30348-5286
San Diego, CA 92193-9069
```

| | | |
|---|---|---|
| Modern Finance Company<br>14640 Victory Blvd<br>Van Nuys, CA 91411-1623 | Nationstar Mortgage LLC<br>aka Mr. Cooper<br>P.O. Box 650783<br>Dallas, TX 75265-0783 | Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Radius Global Solution<br>9550 Regency Square Blvd<br>Jacksonville, FL 32225-8116 | Santander Consumer USA, Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | T Mobile/T-Mobile USA Inc<br>by AIS Infosource, LP as agent<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 |
| UNIVERSAL RECOVERY CORP<br>2880 SUNRISE BLVDSTE 138<br>Rancho Cordova, CA 95742-6103 | US Department of Education<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 | United States Trustee (SV)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Wheels Financial Group LLC dba LoanMart<br>15400 Sherman Way Ste 300<br>Van Nuys<br>Ca<br>Van Nuys, CA 91406-4272 | Wheels Financial Group, LLC<br>dba 1-800LoanMart<br>15400 Sherman Way, Ste 170<br>Van Nuys, CA 91406-4272 | Donald E Iwuchuku<br>Law Offices of Donald Iwuchuku<br>2600 W. Olive Ave.<br>Ste 500<br>Burbank, CA 91505-4572 |
| Elizabeth (SV) F Rojas (TR)<br>Valley Executive Tower<br>15260 Ventura Blvd., Suite 830<br>Sherman Oaks, CA 91403-5367 | Marisol V. Perez<br>7237 Anatola Ave.<br>Van Nuys, CA 91406-2301 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | Chase Mortgage<br>700 Kansas Lane<br>Monroe, LA 71203 | (d)Chase Mortgage<br>Attn: Legal Correspondence Center<br>700 Kansas Ln Mail Code La4-7200<br>Monroe, LA 71203 |
| Loan Me Inc.<br>1900 S. State College Blvd.<br>Suite 300<br>Anaheim, CA 92806 | Mission Lane LLC<br>Attn: Bankruptcy<br>P.O. Box 105286<br>Atlanta, GA 30348 | (d)Mission Lane LLC<br>Po Box 105286<br>Atlanta, GA 30348 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)United States Trustee (SV)
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017-3560

End of Label Matrix
Mailable recipients    43
Bypassed recipients     1
Total                  44